# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2008

Clifford W. Taylor,
Chief Justice

134997

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TINA SUMMERS,
      Plaintiff-Appellant,

v

SC: 134997
COA: 269824
Genesee CC: 05-081687-CZ

HURLEY MEDICAL CENTER, PATHOLOGY
ASSOCIATES, P.C., GARY JOHNSON,
CATHY O. BLIGHT, JERRY S. KRZNARICH,
and LINDA BIEDRZYCKI,
      Defendants-Appellees,

and

MARCIA E. PERRY,
      Defendant.
_____/

On order of the Court, the application for leave to appeal the August 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2008

_____
Clerk

s0205